No. 04–660. FLOYD, TRUSTEE *v.* LUCAS ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–697. HUDSON *v.* AMERICAN ARBITRATION ASSN., INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–699. REISER ET AL. *v.* RESIDENTIAL FUNDING CORP., AKA GMAC–RFC. C. A. 7th Cir. Certiorari denied.

No. 04–710. SHOELS ET UX. *v.* KLEBOLD ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–715. MORA *v.* WILLIAMS, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 04–720. BATTLE *v.* VIRGINIAN-PILOT, DIVISION OF LAND-MARK COMMUNICATIONS, INC., ET AL. Sup. Ct. Va. Certiorari denied.

No. 04–724. RODRIGUEZ-HAZBUN *v.* NATIONAL CENTER FOR MISSING AND EXPLOITED CHILDREN ET AL.; RODRIGUEZ-HAZBUN *v.* HAZBUN ESCAF; RODRIGUEZ-HAZBUN *v.* NATIONAL CENTER FOR MISSING AND EXPLOITED CHILDREN; and RODRIGUEZ-HAZBUN *v.* KEITH, JUDGE, CIRCUIT COURT OF VIRGINIA, FAIRFAX COUNTY. Sup. Ct. Va. Certiorari denied.

No. 04–728. DOANE, AKA HARIG *v.* EDUCATIONAL CREDIT MANAGEMENT CORP. C. A. 4th Cir. Certiorari denied.

No. 04–730. DEVER *v.* HENTZEN COATINGS, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 04–732. CITY AUTO SALES, LLC *v.* TAYLOR. Sup. Ct. Tenn. Certiorari denied.

No. 04–734. YARACS *v.* SUMMIT ACADEMY ET AL. Commw. Ct. Pa. Certiorari denied.

No. 04–735. TI GROUP AUTOMOTIVE SYSTEMS (NORTH AMERICA), INC., NKA TI GROUP AUTOMOTIVE SYSTEMS, L. L. C. *v.* VDO NORTH AMERICA, L. L. C., ET AL. C. A. Fed. Cir. Certiorari denied.